# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * *   *
                                      *
JOHN MERTZ,                           *
                                      *
              Plaintiff,              *
                                      *      Nos. 17-1839C; 17-18392C
       v.                             *      Filed: November 5, 2018
                                      *
UNITED STATES,                        *
                                      *
              Defendant.              *
                                      *
* * * * * * * * * * * * * * * * * *   *
```

## O R D E R

     The court is in receipt of plaintiffs' notice of voluntary dismissal of the above-captioned plaintiff's claims in the case <u>Melvin Armwood, et al. v. United States</u>, Case No. 17-1839C. The claims associated with the above-captioned plaintiff are, hereby, **SEVERED** from the case of <u>Melvin Armwood, et al. v. United States</u>, Case No. 17-1839C, and shall be reorganized, for case management purposes, into the above-captioned case, <u>John Mertz v. United States</u>, and assigned Case No. 17-18392C. The court **DISMISSES WITH PREJUDICE** the claims of John Mertz. The Clerk's Office shall enter **JUDGMENT** consistent with this Order. Neither the dismissal of the claims of the plaintiff herein nor the entry of judgment by the Clerk's Office shall affect this court's jurisdiction over the remaining plaintiffs in the case of <u>Melvin Armwood, et al. v. United States</u>, Case No. 17-1839C.

     **IT IS SO ORDERED**.

<u>s/Marian Blank Horn</u><br>
**MARIAN BLANK HORN**<br>
**Judge**